# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

*Dist of Conn (New Haven)*
*01-cv-1823*
*Dorsey*

Roseann B. MacKechnie
CLERK

Date:              1/12/06
Docket Number:     02-7735-cv
Short Title:       Couloute v. Mercury Mortgage
DC Docket Number:  01-cv-1823
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Peter Dorsey

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 12th day of January, two thousand six.

APRIL COULOUTE,

    Plaintiff-Appellant,

v.

MERCURY MORTGAGE CO. INC., HUNT LEIBERT CHESTER & JACOBSON PC, CHESTER & JACOBSON PC, STATE OF CONNECTICUT, APPELLATE COURT,

    Defendants-Appellees.

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

By: Sheri Beliveau
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

*Certified: 1.12.06*

[Stamp: UNITED STATES COURT OF APPEALS FILED JAN 1 2 2006 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]